UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENY ARIEL FLORES TORRES,    )  | |
| )  | |
| Petitioner,    )  | |
| )  | |
| v.    )  | Case No. CIV-26-260-G |
| )  | |
| SCARLET GRANT, Warden, et al.,    )  | |
| )  | |
| Respondents.    )  | |

## ORDER TO SHOW CAUSE

On February 24, 2026, the Court ordered Plaintiff's counsel Eliyahu Kaplunovsky to file his entry of appearance under Local Civil Rule 83.4 and comply with or seek waiver of Local Civil Rule 83.3 by February 27, 2026.  Doc. 8.  On March 5, 2026, after failing to comply timely with the order, the Court provided Mr. Kaplunovsky a courtesy reminder to comply with Doc. 8.  The Court cautions counsel that he is expected to comply with the Court's orders and all relevant rules, and the Court expects strict compliance.

**I.**     **Entry of Appearance (LCvR83.4)**

Though (1) Mr. Kaplunovsky has been ordered by the Court to do so, Doc. 8, and (2) the Court's Local Civil Rules require that he do so, *see* LCvR83.4, Mr. Kaplunovsky has not filed his entry of appearance.

Mr. Kaplunovsky is **ORDERED** either to comply with the Court's Order to file his entry of appearance in accordance with Local Civil Rule 83.4 or to show cause for his failure to comply not later than **March 9, 2026**.

II.     **Association with Local Counsel (LCvR83.3)**

Though (1) Mr. Kaplunovsky has been ordered by the Court to do so, Doc. 8, and (2) the Court's Local Civil Rules require that he do so, *see* LCvR83.3, Mr. Kaplunovsky has not done either.

Mr. Kaplunovsky is **ORDERED** either to comply with the Court's Order to associate with local counsel, to seek relief from this requirement pursuant to LCvR83.3(c), or to show cause for his failure to comply not later than **March 9, 2026**.

III.    **Conclusion**

Accordingly, not later than **March 9, 2026**, Petitioner's counsel must

1)   either comply with the Court's Order to file his entry of appearance in accordance with Local Civil Rule 83.4 or show cause for his failure to comply, and

2)   either comply with the Court's Order regarding Local Civil Rule 83.3 or show cause for his failure to comply.

Failure to cure these deficiencies will result in an in-person Show Cause Hearing in which Petitioner's counsel will need to show cause why he should not be sanctioned for failure to comply with the Court's orders.  Failure to comply may also result in dismissal of this action.

**IT IS SO ORDERED** this 6th day of March, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE