**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BRENY ARIEL FLORES TORRES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-260-G** |
| | ) | |
| **SCARLET GRANT, Warden, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## <u>ORDER</u>

On February 12, 2026, Petitioner Breny Ariel Flores Torres, a noncitizen, filed his Petition for Writ of Habeas Corpus ("Petition"). Doc 1. The Court set a briefing schedule, Doc. 9, and the Petition is at issue. In his Petition, Petitioner alleges he is "entitled to a timely and meaningful opportunity to demonstrate that he should not be detained" and seeks "a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately, or schedule a bond hearing before an immigration judge." Pet. at 5-6. It has come to the Court's attention that the Board of Immigration Appeals dismissed Petitioner's appeal, making his order of removal final. *See* EOIR, Automated Case Information, *available at* https://acis.eoir.justice.gov/en/ (last accessed Apr. 2, 2026); *see also* 8 C.F.R. § 1241.1 (stating that an order of removal by an immigration judge becomes final "upon dismissal of an appeal by the Board of Immigration Appeals").

Whether Petitioner's order of removal is final is central to the disposition of this case. If Petitioner's order of removal is final, then his detention is governed by 8 U.S.C. § 1231 rather than either 8 U.S.C. § 1225 or § 1226. *See* 8 U.S.C. § 1231(a) (titled

"Detention, release, and removal of aliens ordered removed").  Further, if Petitioner's order of removal has become final, Petitioner is subject to the 90-day statutory "removal period" in which Respondents "shall remove the alien from the United States."  8 U.S.C. § 1231(a)(1)(A); *see also* 8 U.S.C. § 1231(a)(1)(B) (stating the removal period begins on the day the order of removal becomes final).  As such, Petitioner would be detained during the removal period.  8 U.S.C. §1231(a)(2)(A).

Accordingly, if either party has additional or contradictory information necessary for the Court to determine the status of Petitioner's order of removal, the Court **ORDERS** the party to inform the Court **not later than April 6, 2026**.[1]

**IT IS SO ORDERED** this 2nd day of April, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

---

[1] In light of Petitioner's letter, Doc. 19, the Clerk of Court is directed to send this Order to Petitioner at Cimarron Correctional Facility.

2