**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **BRENY ARIEL FLORES TORRES,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **Case No. CIV-26-260-G** |
| | ) |
| **CHRIS GANTT, Warden, Cimmaron** | ) |
| **Correctional Facility, et al.,** | ) |
| | ) |
| **Respondents.[1]** | ) |

## ORDER

On February 12, 2026, Petitioner Breny Ariel Flores Torres filed a Petition for Writ

of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and

Customs Enforcement pursuant to 28 U.S.C. § 2241.  In accordance with 28 U.S.C. §

636(b)(1), the matter was referred to Magistrate Judge Chris M. Stephens for preliminary

review.

On April 28, 2026, Judge Stephens issued a Report and Recommendation ("R. &

R.," Doc. No. 24), in which he recommended this action be dismissed as moot.  *See id.* at

3-5; *see also Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D.

Okla. Apr. 6, 2026).  In the R. & R., Judge Stephens advised the parties of their right to

object to the R. & R. by May 5, 2026.  Judge Stephens also advised that a failure to timely

---

[1] Chris Gantt, the current Warden of the Cimarron Correctional Facility, Markwayne
Mullin, Secretary of the U.S. Department of Homeland Security, and Todd Blanche, Acting
Attorney General of the United States, are hereby substituted as respondents for Scarlet
Grant, Kristi Noem, and Pam Bondi, respectively, pursuant to Rules 25(d) and 81(a)(4) of
the Federal Rules of Civil Procedure.

object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

In addition to counsel for Petitioner receiving notice of the R. & R. electronically, the R. & R. was mailed to Petitioner at his address of record and returned as undeliverable. *See* Doc. Nos. 19, 25; *see also* LCvR 5.4.

As of this date, no party has submitted an objection to the R. & R., sought leave for additional time to do so, or otherwise been in contact with the Court.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 24) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 23rd day of July, 2026.

_____
CHARLES B. GOODWIN
United States District Judge